AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>KEITH WIGFALL<br>*Defendant(s)* | Case No.<br>3:21-MJ-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 7, 2021** in the county of **St. Joseph** in the **Northern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with the Intent to Distribute Controlled Substances |

-FILED-

JAN 08 2021

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This criminal complaint is based on these facts:

See attached affidavit of Paul Strabavy, Task Force Officer, Drug Enforcement Administration.

☑ Continued on the attached sheet.

_____
TFO Paul S[signature]
*Complainant's signature*

Paul Strabavy, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/08/2021

/s/Michael G. Gotsch, Sr.
*Judge's signature*

City and state: South Bend, Indiana

Michael G. Gotsch, Sr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Paul Strabavy, a Task Force Officer with the Drug Enforcement Administration (DEA), being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I am a Task Force Officer with the Drug Enforcement Administration (DEA) and have been so for the past year. I am a sworn South Bend Police Officer with the South Bend Police Department for the past sixteen (16) years and am currently assigned to the South Bend Police Department's Strategic Focus Unit (SFU) as an Investigator and Drug Detection Canine Handler. I am also assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer (TFO). I have attended schools, seminars and training at the local, state and federal levels related to drug interdiction and trafficking. My police training has included the recognition of indicators of narcotics packages and how narcotics are being shipped / stored to and from source locations throughout the United States by drug traffickers utilizing several methods of concealment measures.

2.  I have been responsible for managing and controlling confidential sources (CS's), assist in obtaining/executing search warrants and arrest warrants, conduct covert surveillance on target locations and to maintain records of expenditures of funds used to conduct covert investigations (drug buys and informant fees).

1

3. One of my duties with the South Bend Police Department is to be the handler of a Drug Detection Canine named Gary. Gary is a trained and certified canine for the detection of drugs. Gary is trained to detect the odor of Marijuana, Cocaine, Heroin, Crack, Ecstasy and Methamphetamine and/or their derivatives / items that possess the odor associated from such narcotics. Gary is certified yearly in the detection of aforementioned odors. Gary was last certified by Sergeant Bryan Miller of the South Bend Police Department and Master Trainer of Mid-Michigan Kennels in November 2020. Gary is a single purpose canine and is only tasked with narcotic detection.

4. Based on my training and experience, I know that Title 21, United States Code, Section 841(a)(l) provides that it is unlawful to possess with intent to distribute a substance containing methamphetamine.

## PERSON TO BE ARRESTED

5. I seek to arrest and criminally complain Keith Byron WIGFALL for violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute controlled substances).

## PROBABLE CAUSE

6. From late December of 2020 up to January 7th, 2021 Agents and Officers were conducting surveillance on the residence of ▓▓▓▓▓▓▓▓▓▓, South Bend, Indiana 46619. While conducting surveillance, agents observed a subject, identified as Keith Byron WIGFALL come and go from the residence.

Agents continued to investigate WIGFALL which led to agents to apply for a search warrant for WIGFALL's residence.

7. On January 7th, 2021, Agents executed a search warrant at the residence of ▮▮▮▮▮▮▮▮, South Bend, Indiana 46619. The search warrant yielded the recovery of several items evidentiary value which included Evidence Of Domain (EOD) in the name of Keith WIGFALL. Also during a search agents and officers discovered a lock box containing prescription pill bottle in the name of Keith WIGFALL containing unknown pills, unknown substances, Narcan (a medication commonly used to revive subjects exposed to heroin/fentanyl), and a loaded handgun. Agents and Officer discovered and collected the following from the residence: Approximately thirty-thousand dollars ($30,000), twenty (20) pounds of marijuana, four (4.4) pounds of crystal methamphetamine, forty-eight (48) grams of fentanyl and three (3) firearms. One of the firearms was reported and has the classification of STOLEN. The suspected controlled substances were field tested and tested positive for controlled substances.

## CONCLUSION

8. The information set forth in this affidavit is based on my personal knowledge, as well as on information shared with me by other law enforcement officers who personally participated in this investigation. Because this affidavit is being submitted for the limited purpose of

3

establishing probable cause for the issuance of an arrest warrant and a complaint charging Keith Byron WIGFALL with violations of 21 U.S.C. § 841(a)(1), it does not contain all information known to me concerning this investigation.

Further your affiant sayeth not.

_TFO Paul S_____
Paul Strabavy
Task Force Officer
Drug Enforcement Administration

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 8th day of January 2021.

___/s/Michael G. Gotsch, Sr._____
Honorable Michael G. Gotsch, Sr.
United States Magistrate Judge
Northern District of Indiana - South Bend Division

4